**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

DAVID ROSS,

                    Plaintiff,

      -against-

THE CITY OF NEW YORK, a municipal entity;        Case No. 23-cv-04927 (JLR)
New York City Police Officer JASON SOTO, in
his individual capacity; New York City Police       **UNSEALING ORDER**
Officer AMARILDO LAMCAJ, in his individual
capacity; New York City Police Officer
CLARISSA ELDER, in her individual capacity,

                  Defendants.
-------------------------------------------------------------- X

THE HONORABLE JENNIFER L. ROCHON:

Plaintiff seeks the disclosure of certain records which relate to the underlying incident alleged in this case, which may be sealed pursuant to N.Y. C.P.L. § 160.50. These records include the March 17, 2020 arrest records, and related criminal court and District Attorney's Office files, for the individual who assaulted Plaintiff David Ross, on or about March 17, 2022, while Plaintiff was in custody at Manhattan Central Booking. The Court recognizes that § 160.50 vindicates the important legislative purposes of ensuring confidentiality and protecting an individual from the potential public stigma associated with a criminal prosecution. However, the Court finds that Plaintiff's entitlement to the above-identified sealed information outweighs these interests, and this Court has the authority to order the production of records sealed pursuant to § 160.50 when such records are relevant to a federal lawsuit. *See K.A. v. City of New York,* No. 16 Civ. 4936 (LTS), 2022 WL1063125, at 2 (S.D.N.Y Mar. 8, 2022).

       WHEREFORE, the Court hereby GRANTS Plaintiff's request to unseal the arrest records from on or about March 17, 2022, and the related criminal court and District Attorney's Office files for the individual who assaulted Plaintiff, on that same date, while Plaintiff was in custody at Manhattan Central Booking and are presently sealed pursuant to N.Y. C.P.L. § 160.50; and

       WHEREFORE, the Court hereby ORDERS that these records are to be unsealed, designated as "Confidential Material" pursuant to the Local Civil Rule 83.10 Protective Order, and for use only in the above-referenced litigation.

Dated: July 16, 2024
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**