UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID ROSS                                    :

        Plaintiff,                      :       <u>ORDER</u>

  -v.-                                              :
                                                                            23 Civ. 4927 (JLR)(GWG)
CITY OF NEW YORK et al.,              :

        Defendants.                    :

-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The settlement conference scheduled for May 27, 2025, at 2:30 p.m. will now take place by video using the platform arranged by plaintiff's counsel.

       SO ORDERED.

Dated: May 22, 2025
           New York, New York

                                                                            _____
                                                                           GABRIEL W. GORENSTEIN
                                                                           United States Magistrate Judge