UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVIS ROSS,<br><br>       Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>       Defendants. | Case No. 1:23-cv-04927 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record at the July 31, 2025 discovery hearing, Plaintiff's motion at Dkt. 62 to compel Defendants' production of the identities of the two unidentified individuals in the cell with Plaintiff is GRANTED.

  It is further ORDERED that discovery shall be extended to **September 30, 2025**.

  It is further ORDERED that the parties shall appear for a post-discovery pretrial conference on **November 5, 2025, at 12:00 p.m**., in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: August 1, 2025
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge