

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

September 2, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Request GRANTED. Defendants' response shall be due no later than **September 9, 2025.**
>
> Dated: September 3, 2025
>       New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

    Re:    *David Ross v. City of New York* et al.
              23 Civ. 04927 (JLR)

Your Honor:

       I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York, Police Officer Jason Soto, Police Officer Amarildo Lamcaj, and Police Officer Clarissa Elder in this matter. In accordance with Your Honor's Individual Rules of Practice, Defendants write to advise the Court that they intend to respond to Plaintiff's motion dated August 29, 2025 seeking to compel the appearance of a FRCP 30(b)(6) witness for a deposition. ECF No. 68. In addition, although Defendants' response is due within 3 business days, or by September 4, 2025, *see* Section 2.E, in order to fully address the arguments raised in Plaintiff's application, Defendants respectfully request a brief extension of time until Tuesday, September 9, 2025 to respond. This is the first request for an extension of time and, although not prejudiced in any way, Plaintiff's counsel, Bejal J. Shah, does not consent to this request.

       Defendants thank the Court for its consideration of the above.

Respectfully submitted,

*Thomas Lai s/*
Thomas Lai
Senior Counsel

Special Federal Litigation Division

To:   All Counsel (**VIA ECF**)