UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIS ROSS,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

Case No. 1:23-cv-04927 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court held a conference on October 29, 2025, to discuss another set of discovery disputes between the parties. *See* Dkts. 78, 85, 87, 88, 90. For the reasons stated on the record at the conference, it is hereby ORDERED as follows:

      The deadline for the conclusion of all discovery shall be extended to **November 19, 2025** for purposes of completing the outstanding discovery discussed at the October 29, 2025 conference. The parties shall work together in good faith to schedule, **as soon as possible**, Plaintiff's inspection of the male holding portion of Manhattan Central Booking and the noticed Rule 30(b)(6) deposition.

      In anticipation of the post-discovery pretrial conference scheduled for **December 4, 2025, at 12:00 p.m.,** pursuant to the Court's Individual Rules, Defendants' anticipated pre-motion letter is due no later than **November 13, 2025**, and Plaintiff's response is due no later than **November 20, 2025**.

      Defendants are directed to promptly comply with their discovery obligations and orders of the Court. The parties shall also meet-and-confer in a good-faith attempt to resolve any future discovery disputes before bringing them to the Court for resolution.

      Plaintiff's request for expenses and attorneys' fees for his discovery motions is denied.

      The Clerk of Court is respectfully requested to terminate the motions at Dkts. 78 and 88.

Dated: October 29, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge