

48 Wall Street, Suite 1100
New York, NY 10005

Tel: 212-729-0952
www.HCLLPLaw.com

Bejal J. Shah, Senior Counsel
Direct Dial: 212-729-0952
Shah@HCLLPLaw.com

November 19, 2025

**BY ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street, Room 1920
New York, NY 10007

*Request GRANTED. Plaintiff shall respond to Defendant's pre-motion letter by **November 21, 2025**, and the parties shall complete discovery before the **December 4, 2025** post-discovery conference.*

**SO ORDERED.**

Date: November 20, 2025
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *Ross v. City of New York*, No. 23-cv-04927 (JLR)

Your Honor:

I am counsel for Plaintiff David Ross and along with my co-counsel, Joshua Moskovitz, we write to request an extension of time to file Plaintiff's response to Defendant's pre-motion letter until Friday, November 21, 2025. Defense counsel consents to our request for the extension.

Additionally, the parties jointly request an extension of time to complete discovery until the scheduled December 4, 2025 post-discovery conference. We completed the Rule 30(b)(6) deposition today; however, the inspection of Manhattan Central Booking has not yet been completed and there are unresolved discovery requests that Defendants have indicated they need additional time to respond to.

In terms of the inspection of Manhattan Central Booking, the parties are still working to resolve the confidentiality stipulation and proposed protective order. Following the October 29 court conference, Defendants circulated a proposed confidentiality stipulation. Plaintiff responded with concerns on October 31 and asked to confer with defense counsel. Among other things, Plaintiff objected to Defendants' proposal that all materials from the inspection would be deemed "attorneys' eyes only." Defendants responded to Plaintiff's objections on November 10, but Defendants' counsel was not available to confer until November 17 due to illness. Following the parties' conferral, Plaintiff circulated additional language for the confidentiality stipulation and Defendants are still reviewing the latest draft.

With respect to the other outstanding discovery, Defendants have not yet provided the name or identifying information for the second eye witness who was detained in the same cell as Plaintiff on March 17, 2022. The Court directed Defendants to make best efforts to disclose that witness by October 9 or explain the delay in doing so. Finally, Plaintiffs have submitted follow-up document requests to Defendants between October 17 and November 12, and submitted additional follow-up requests following today's 30(b)(6) deposition. Defense counsel has indicated that Defendants need additional time to respond, but has not yet given a timeframe for doing so.



Hon. Jennifer L. Rochon<br>
November 19, 2025<br>
*Page 2*

For these reasons, we are seeking an extension to file Plaintiff's response to Defendant's pre-motion letter until November 21st and an extension to complete discovery until December 4, 2025.

Respectfully Submitted,

Bejal J. Shah

cc:   All Counsel of Record