UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIS ROSS,

                           Plaintiff,

                -against-

CITY OF NEW YORK, et al.,

                       Defendants.

Case No. 1:23-cv-04927 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

As stated on the record at the December 4, 2025 post-discovery hearing, Defendant shall be permitted to move for summary judgment on the following schedule:

- Defendants are to file their motion for summary judgment by **January 28, 2026**.

- Plaintiff is to file his opposition by **February 25, 2026**.

- Defendants are to file their reply by **March 11, 2026**.

In terms of the various discovery disputes raised at the conference, Plaintiff shall provide Defendants with a response regarding the parties' draft confidentiality stipulation for the inspection of Manhattan Central Booking, if there is no agreement, by **December 5, 2025**. Any subsequent response or objection by Defendants, again if there is no agreement, shall be due by **December 11, 2025**.  Thereafter, the parties are to schedule an inspection of Manhattan Central Booking for no later than **January 19, 2026**.

It is further ORDERED that Defendants shall provide Plaintiff with the name or identifying information for the second eyewitness who was detained in the cell with Plaintiff at the time of the incident by **December 11, 2025**, if possible, or at least by **December 19, 2025** if more time is needed.  If Defendants cannot locate such information by that time, they

1

shall promptly inform the Court of their position as to whether diligent efforts have been made to gather this information.

It is further ORDERED that Defendants shall produce the documents outlined in Dkt. 98 by **January 5, 2026**, or respond before that date with any objections along the lines discussed at the conference. *See* Dkt. 98 at 2-3.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 97 and 98.

Dated: December 4, 2025
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

2