

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

January 28, 2026

**<u>VIA ECF</u>**
Honorable Jennifer L. Rochon
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *David Ross v. City of New York* et al.
       23 Civ. 04927 (JLR)

Your Honor:

   I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York, Police Officer Jason Soto, Police Officer Amarildo Lamcaj, and Police Officer Clarissa Elder. Defendants write to respectfully request an extension from January 28, 2026 to February 10, 2026, to file our motion for summary judgment. This is the first request for an extension of this kind and Plaintiff's counsel, Joshua Moskovitz, consents to the instant application provided there is a corresponding extension for Plaintiff's opposition and a draft joint Rule 56.1 statement is provided to Plaintiff one week prior to the deadline.

   The reason for this request is that more time is needed for the parties to comply with Your Honor's Individual Rule requiring the parties to submit a joint Rule 56.1 Statement in light of recent discovery. As the Court is aware, on January 13, 2026, documents were produced in accordance with Your Honor's Order on January 9, 2026. *See* Dkt. Nos. 99, 110. Further, the inspection of Manhattan Central Booking was conducted on January 13, 2026. Yesterday, Defendants were provided with the pictures from the inspection pursuant to the Stipulation and Protective Order concerning the inspection.[1] As such, this brief extension will allow for Defendants to review the inspection pictures, for the parties to prepare, confer, and file a joint Rule

---

[1] Pursuant to the stipulation, Plaintiff was to provide Defendants with the photographs from the inspection by January 21, 2026, five business days after the inspection.

56.1 statement, and for Defendants to complete drafting the motion for summary judgment. Defendants have further requested for Plaintiff to provide any additional undisputed facts that Plaintiff seeks to include in the joint Rule 56.1 Statement by February 5, 2026.

Accordingly, Defendants respectfully request an extension and propose the following revised briefing schedule:

- Defendants' motion for summary judgment to be filed on February 10, 2026;
- Plaintiff's opposition to be filed March 10, 2026; and
- Defendants' reply to be filed on March 24, 2026.

Defendants thank the Court for its consideration of the above.

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

Request GRANTED.  The parties' deadlines shall be extended as follows:

- Defendants' motion for summary judgment shall be filed by **February 10, 2026**;
- Plaintiff's opposition shall be filed by **March 10, 2026**; and
- Defendants' reply shall be filed by **March 24, 2026**.

Dated: January 28, 2026
New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

2