

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

February 10, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. The parties' deadlines shall be extended as follows:
- Defendants' motion for summary judgment shall be filed by **March 2, 2026**;
- Plaintiff's opposition shall be filed by **April 17, 2026**; and
- Defendants' reply shall be filed by **May 8, 2026**.

**SO ORDERED.**

Dated: February 11, 2026
New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *David Ross v. City of New York* et al.
23 Civ. 04927 (JLR)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York, Police Officer Jason Soto, Police Officer Amarildo Lamcaj, and Police Officer Clarissa Elder. Defendants write to respectfully request an extension from February 10, 2026 to March 2, 2026, to file our motion for summary judgment. This is the second request for an extension of this kind and Plaintiff's counsels, Joshua Moskovitz and Bejal Shah, consent to the extended time for Defendants to file the summary judgment motion provided Defendants request for Plaintiff's opposition to be due April 17, 2026.[1]

Defendants' previous extension from January 28, 2026 to February 10, 2026 was granted. Dkt. No. 113. As indicated in that application, and as ordered by the Court, Defendants provided a draft joint Rule 56.1 statement to Plaintiff on February 3, 2026, one week prior to Defendants' summary judgment deadline, and Plaintiff provided Defendants their draft yesterday.

The reason for this request is that more time is needed for Defendants to finish drafting the motion, for the parties to comply with Your Honor's Individual Rule requiring the parties to submit a joint Rule 56.1 Statement, and limited discovery is ongoing. The parties are in the process of

---

[1] Plaintiff's counsels advised Defendants the reason for their extension request is that Ms. Shah is unavailable the week of March 30, 2026 and Mr. Moskovitz is unavailable the week of April 6, 2026.

redacting photographs in accordance with the so ordered stipulation governing the inspection of Manhattan Central Booking. In any event, the additional time will allow Defendants to complete the preparation of the motion, for the parties to confer, finalize, and file the joint Rule 56.1 Statement, and for Defendants to incorporate facts from the joint Rule 56.1 Statement into the motion. In addition, the length of the requested extension is due to the undersigned being out of the Office on annual leave from February 12, 2026 to February 23, 2026 and unavailable to work on the motion during that time.

Accordingly, Defendants are proposing a new briefing schedule with additional time for Plaintiff's opposition as well as Defendants' reply:

- Defendants' motion for summary judgment to be filed on March 2, 2026;
- Plaintiff's opposition to be filed April 17, 2026; and
- Defendants' reply to be filed on May 8, 2026.

Defendants thank the Court for its consideration of the above.

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

To: All Counsel of Record

2