

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

STEVEN BANKS
*Corporation Counsel*

THOMAS LAI
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

March 2, 2026

*Request GRANTED. The parties' deadlines shall be extended as follows:*
- *Defendants' motion for summary judgment shall be filed by **March 9, 2026**;*
- *Plaintiff's opposition shall be filed by **April 24, 2026**; and*
- *Defendants' reply shall be filed by **May 15, 2026**.*

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Given the number of extensions provided, the parties should not expect further extensions.*

**SO ORDERED.**

*Dated: March 2, 2026*
*New York, New York*

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *David Ross v. City of New York, et al.*
23 Civ. 04927 (JLR)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York, Police Officer Jason Soto, Police Officer Amarildo Lamcaj, and Police Officer Clarissa Elder. Defendants write to respectfully request a brief extension from March 2, 2026 to March 9, 2026, to file our motion for summary judgment. This is the third request for an extension of this kind and Plaintiff's counsels, Joshua Moskovitz, takes no position on this request.

Defendants' previous extensions from January 28, 2026 to February 10, 2026 and from February 10, 2026 to March 2, 2026 were granted. Dkt. No. 113, 115. Throughout this time, Defendants provided a draft joint Rule 56.1 statement to Plaintiff on February 3, 2026, Plaintiff provided a revised draft of the 56.1 on February 9, 2026, and the undersigned was out the Office on annual leave from February 12, 2026 to February 23, 2026. The recent snowstorm, which affected the undersigned's ability to access documents from home, and a sick day last week, meant that the motion will not be prepared by the current deadline. The additional requested time will allow Defendants to provide Plaintiff with a revised proposed joint Rule 56.1 Statement, for the parties to confer to finalize the joint Rule 56.1 Statement, and for Defendants to complete the preparation of the motion.

Accordingly, Defendants are proposing the following new briefing schedule with additional time for Plaintiff's opposition as well as Defendants' reply:

- Defendants' motion for summary judgment to be filed on March 9, 2026;
- Plaintiff's opposition to be filed April 24, 2026; and
- Defendants' reply to be filed on May 15, 2026.

Defendants thank the Court for its consideration of the above.

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

To: All Counsel of Record