UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIS ROSS,

                                Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                                Defendants.

Case No. 1:23-cv-04927 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's letter motion to compel Defendant City of New York ("Defendant") to produce an agreed-upon stipulation. *See* Dkt. 126 ("Motion"). Having reviewed Defendant's letter response — in which Defendant represents that it will produce the stipulation "no later than [today]," Dkt. 127 at 1 — the Court DENIES as moot Plaintiff's Motion. Defendant is hereby ORDERED to file a letter by **April 24, 2026** confirming that the stipulation has been produced.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 126.

Dated: April 23, 2026
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge